USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                      :

JUANA GONZALEZ,                    :
                                        :

                  Plaintiff,     :                           1:26-cv-3359-GHW
                                        :

             -against-             :
                                        :                            ORDER

TECHNOGYM USA CORP.,       :

                Defendant.   :

------------------------------------------------------------- :
                                        X

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on April 23, 2026. Dkt. No. 1. Counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

SO ORDERED.

Dated: April 24, 2026
       New York, New York

                                _____
                                    GREGORY H. WOODS
                                  United States District Judge