USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                           :

JUANA GONZALEZ,                       :

                        Plaintiff,    :            1:26-cv-3359-GHW

            -against-      :

                               :            ORDER

TECHNOGYM USA CORP.,        :

                     Defendant.   :

------------------------------------------------------------ :
                                            X

GREGORY H. WOODS, United States District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than May 7, 2026. Dkt. No. 5. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than May 11, 2026. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

     SO ORDERED.

Dated: May 8, 2026
      New York, New York

                                       GREGORY H. WOODS
                               United States District Judge