USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                :

JUANA GONZALEZ,                     :

                                                :

                       Plaintiff,    :
                                                  :                          1:26-cv-3359-GHW

            -against-             :

                                                   :                            ORDER

TECHNOGYM USA CORP.,       :

                                                    :

                      Defendant.    :

                                                    :

----------------------------------------------------------- :
                                                 X

GREGORY H. WOODS, United States District Judge:

On April 24, 2026, the Court ordered counsel for Plaintiff to promptly enter a notice of appearance in this case. Dkt. No. 6. On that day, the Court also scheduled an initial pretrial conference in this case to take place on May 14, 2026. Dkt. No. 5. On May 11, 2026, counsel for Defendant filed a letter indicating that counsel for Plaintiff has not agreed to meet and confer with counsel. Dkt. No. 11. As of the date of this order, counsel for Plaintiff has not entered a notice of appearance. Counsel is ordered to enter a notice of appearance forthwith, and in no event later than May 13, 2026. If counsel does not appear for the initial pretrial conference, the Court expects to issue an order to show cause why counsel should not be sanctioned. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

       SO ORDERED.

Dated: May 12, 2026
       New York, New York

                                     _____
                                        GREGORY H. WOODS
                                    United States District Judge